IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELE D. MOON** | : | CIVIL ACTION NO. 1:15-cv-362 |
| **Plaintiff** | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| **CAROLYN W. COLVIN** | : | |
| **Defendant** | : | |

## O R D E R

Before the Court in the above captioned action is a November 9, 2015 Report and Recommendation of the Magistrate Judge. No objections have been filed to the Report and Recommendation. **ACCORDINGLY**, this 30th day of November 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 23) of Magistrate Judge Carlson.

2) The decision of the Commissioner of Social Security is **AFFIRMED**.

3) Plaintiff's requests for the award of benefits or remand for a new administrative hearing are **DENIED**.

4) The Clerk of Court shall **CLOSE** the case.

                                                                       s/ Yvette Kane
                                                                       YVETTE KANE, District Judge
                                                                       United States District Court